**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BERNADETTE CECILIA ABRAHAM,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2004-OPT, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-OPT,<br><br>Defendants. | CIVIL ACTION NO: 11-10854 |

## JOINT MOTION FOR EXTENSION OF SETTLEMENT ORDER OF DISMISSAL

On October 8, 2013, this Court issued a *Settlement Order of Dismissal*, whereby either an Agreement for Judgment or Stipulation of Dismissal had to be filed with the Court by December 9, 2013. Since that time, the Parties have worked diligently to finalize a settlement agreement. Each party in the instant matter requests that the Court allow a further sixty day extension of the time for compliance with the aforementioned *Order*. The parties are confident that, if they are afforded this additional time, they will be able to finally resolve this matter. Accordingly, all parties have joined this motion to extend the deadline for filing an Agreement for Judgment or Stipulation of Dismissal to February 7, 2014.

34383368 0923991

| | |
|---|---|
| Respectfully submitted, | The Defendants,<br>**Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT3, Asset-Backed Certificates, Series 2005-OTP3 and Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc.,**<br>By their Attorneys, |
| The Plaintiff,<br>**Bernadette Cecilia Abraham,**<br>By her Attorneys, | |
| */s/ Danielle M. Span*　　　　　　_____<br>Josef C. Culik, BBO # 672665<br>Danielle M. Spang, BBO # 684365<br>Culik Law P.C.<br>18 Commerce Way, Suite 2850<br>Woburn, MA 01801<br>Tel: (617) 830-1795 / Fax: (617) 830-1576<br>Email:  jculik@culiklaw.com<br>　　　　dspand@culiklaw.com | */s/ Jennifer S. Bunce-Madjarev*_____<br>Maura K. McKelvey, BBO # 600760<br>Ranen Schechner, BBO # 655641<br>Jennifer S. Bunce-Madjarev, BBO # 663348<br>Hinshaw & Culbertson LLP<br>28 State Street, 24th Floor<br>Boston, MA 02109-1775<br>Tel: (617) 213-7000/ Fax: (617) 213-7001<br>Email:  mmckelvey@hinshawlaw.com<br>　　　　rschechner@hinshawlaw.com<br>　　　　jmadjarev@hinshawlaw.com |

## CERTIFICATE OF SERVICE

I, Jennifer S. Bunce-Madjarev, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on December 9 2013.

　　　　　　　　　　　　　　　　　　*/s/ Jennifer S. Bunce-Madjarev*　　　　　
　　　　　　　　　　　　　　　　　　Jennifer S. Bunce-Madjarev