UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Bernadette Cecilia Abraham**<br><br>    Plaintiff<br><br>v.<br><br>**American Home Mortgage Servicing, Inc.**, and **Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2004-OPT, Mortgage Pass-Through Certificates, Series 2004-OPT**<br><br>    Defendants | C.A. No. 1:11-cv-10854-DPW<br><br>**Joint Motion for Extension of Settlement Order of Dismissal** |

On December 9, 2013, this Court extended the parties' deadline to file an Agreement for Judgment or Stipulation of Dismissal with the Court through February 7, 2014. Since that time, the parties have continued to work diligently to finalize a settlement agreement, which was finalized this week. Each party in the instant matter requests that this Court allow a further forty-five day extension of the time for compliance with the *Settlement Order of Dismissal*, to allow the parties sufficient time to execute the agreement by their authorized representatives. The parties are confident that, if they are afforded this additional time, they will be able to finally resolve this matter. Accordingly, all parties have joined this motion to extend the deadline for filing a Stipulation of Dismissal to March 24, 2014.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>**Bernadette Cecilia Abraham**,<br>By her Attorneys,<br><br>/s/ *Danielle M. Spang*<br>Josef C. Culik (BBO #672665)<br>Danielle M. Spang (BBO #684365)<br>CULIK LAW pc<br>18 Commerce Way, Suite 2850<br>Woburn, MA  01801<br>Tel:  (617) 830-1795<br>Fax:  (617) 830-1576<br>jculik@culiklaw.com<br>dspang@culiklaw.com | The Defendants,<br>**Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2004-OPT, Mortgage Pass-Through Certificates, Series 2004-OPT** and **Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc.**,<br>By their Attorneys,<br><br>/s/ *Jennifer S. Bunce-Madjarev*<br>Maura K. McKelvey, BBO #600760<br>Ranen Schechner, BBO #655641<br>Jennifer S. Bunce-Madjarev, BBO #663348<br>Hinshaw & Culbertson LLP<br>28 State Street, 24th Floor<br>Boston, MA  02109-1775<br>Tel:  (617) 213-7000<br>Fax:  (617) 213-7001<br>mmckelvey@hinshawlaw.com<br>rschechner@hinshawlaw.com<br>jmadjarev@hinshawlaw.com |

Dated: February 6, 2014

**CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on February 6, 2014.

                                                 /s/ *Danielle M. Spang*
                                                 Danielle M. Spang